**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| William E. Morehouse, | : | |
| Plaintiff | : | Civil Action 2:10-cv-00045 |
| v. | : | Judge Marbley |
| Cynthia Mausser, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 26, 2011 Order, the Court ADOPTED the Report and Recommendation; OVERRULED Plaintiff's Objections, GRANTED the motions for summary judgment and to stay discovery.  Judgment is entered for Defendants.

Date: **January 26, 2011**                    **James Bonini, Clerk**

                                                        s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk